NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE P. CADORET,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7143

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1531, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

George P. Cadoret moves for a 45-day extension of time, until February 27, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq
    Renee Gerber, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 2 2012

**JAN HORBALY**
**-CLERK**